UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM SIM SPENCER,

        Plaintiff,

v.

BILL SCHUETTE, *et al.*,

        Defendants.

_____/

Case No. 1:18-cv-229

Hon. Paul L. Maloney

**ORDER**

      *Pro se* plaintiff has filed the present civil rights action against Michigan Attorney General Bill Schuette, Michigan State Police (MSP) Director Kriste Etue, Grand Traverse County Prosecuting Attorney Robert Cooney, and MSP Enforcement Coordinator Kenneth Smith pursuant to 42 U.S.C. § 1983 with respect to requirements under Michigan's Sex Offender Registration Act (SORA).  This matter is now before the Court on plaintiff's *Pro Se* Application for Electronic Filing and Service (ECF No. 14), which has been referred to the undersigned for decision pursuant to 28 U.S.C. § 636(b)(1)(A).  Pursuant to Administrative Order 17-RL-135, the Court amended W.D. Mich. LCivR 5.7 to allow for *pro se* litigants under the "Pro se E-Filing and Service Protocol" posted on the Court's Website.  *See* W.D. Mich. LCivR 5.7(i)(iii).  Under this Protocol, "On a case by case basis, a judge may grant the privilege of electronic filing and service to a non-prisoner pro se party."  In this case, the Court will deny plaintiff's application.

1

Plaintiff has a history of filing meritless lawsuits in this Court. *See Spencer #384851 v. Granholm et al.*, No. 4:04-cv-72 (W.D. Mich.)[1]; *Spencer #384851 v. United States Department of State et al.*, No. 1:04-cv-557 (W.D. Mich.); *Spencer #384851 v. Atterberry et al.*, No. 1:10-cv-735 (W.D. Mich.); *Spencer v. Snyder et al.*, 1:16-cv-1465(W.D. Mich.); and, *Spencer v. Snyder et al.*, 1:17-cv-99 (W.D. Mich.). Plaintiff's past lawsuits have included frivolous claims. For example, in *Spencer #384851*, No. 1:04-cv-557, plaintiff referred to himself as a "sovereign" and sought "a declaration that he has never been a citizen of the United States and an injunction purging all official records of any indication that he is bound by the laws of this country," as well as "a refund of all social security contributions previously withheld on his account" because he "is not a legal person born or naturalized within the United States but rather is 'an American National citizen domiciled in the Michigan Republic.'" *See Spencer #384851*, No. 1:04-cv-557 (Opinion (ECF No. 4, PageID.30)).

Plaintiff has a history of filing meritless federal lawsuits and advancing frivolous legal theories. Allowing plaintiff to electronically file documents in this case will not promote the efficient or orderly operation of this Court. *See Valassis Communications, Inc. v. Aetna Casualty & Surety Company*, 97 F.3d 870, 873 (6th Cir. 1996) (local court rules "are designed as internal housekeeping rules to promote the efficient operation of the district courts"); W.D. Mich. LCivR 1.6 (this Court's local rules "shall be construed to achieve an orderly administration of the business of this Court and to secure the just, speedy and inexpensive determination of every action"). Accordingly, plaintiff's application (ECF No. 14) is **DENIED**.

---

[1] The Court notes that plaintiff William Sim Spencer is the same person as former MDOC prisoner William Sim Spencer #384851. *See Spencer*, 1:17-cv-99 (ECF No. 7-1).

**IT IS SO ORDERED.**

Dated:  April 18, 2018                                  /s/ Ray Kent
                                                                              United States Magistrate Judge