UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

WILLIAM SIM SPENCER,

        Plaintiff,

v                           CASE NO. 1:18-CV-00229

                           Hon. Ray Kent

BILL SCHUETTE,
KRISTE KIBBEY ETUE,
ROBERT COONEY, KENNETH SMITH
and SARA SWANSON,

        Defendants.

_____

William Sim Spencer, Pro Per
15283 Wallin Road
Thompsonville, MI 49683
(231) 970-0810

Gregory R. Grant (P68808)
CUMMINGS, McCLOREY, DAVIS &
ACHO, P.L.C.
Attorneys for Def. SWANSON
310 W. Front Street, Ste. 221
Traverse City, MI 49684
(231) 922-1888/(231) 922-9988 Fax
ggrant@cmda-law.com

Adam P. Sadowski (P73864)
John S. Pallas (P42512)
Assistant Attorney General
Attorneys for Defs. SCHUETTE,
ETUE & SMITH
Civil Litigation, Employment &
Elections Division
525 W. Ottawa Street
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434/ (517) 241-2741 Fax
sadowskia@michigan.gov
pallasj@michigan.gov

Haider A. Kazim (P66146)
CUMMINGS, McCLOREY, DAVIS &
ACHO, P.L.C.
Attorneys for Def. COONEY
310 W. Front Street, Ste. 221
Traverse City, MI 49684
(231) 922-1888/ (231) 922-9988 Fax
hkazim@cmda-law.com

Jared D. Schultz (P80198)
MI Department Attorney General
(Appellate)
Attorneys for Defs. SCHUETTE, ETUE
& SMITH
P.O. Box 30217
Lansing, MI 48909
(517) 373-4875
schultz15@michigan.gov

Christopher James Forsyth (P63025)
Grand Traverse County Prosecuting
Attorney
Attorney for COONEY
324 Court St.
Traverse City, MI 49684
(231) 922-4600
cforsyth@grandtraverse.org

Robert A. Cooney (P47454)
Grand Traverse County Prosecuting
Attorney
Attorney for COONEY
324 Court St.
Traverse City, MI 49684
(231) 922-4600
rcooney@grandtraverse.org

---

## <u>STIPULATED ORDER FOR SUBSTITUTION OF ATTORNEYS</u>

Dated: _July 9, 2018_____

PRESENT:  HON. RAY KENT
          UNITED STATES MAGISTRATE JUDGE

The undersigned counsel, having stipulated to the substitution of counsel Christopher J. Johnson and Margaret T. Debler, in the place and stead of Haider A. Kazim on behalf of Defendant, ROBERT COONEY, in the above-referenced action, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Christopher J. Johnson and Margaret T. Debler are substituted in the place and stead of Haider A. Kazim on behalf of

2

Defendant, ROBERT COONEY, in the necessary handling of the above-referenced

action.

```
/s/ Ray Kent
United States Magistrate Judge
```

Approved as to form and content:

s/ CHRISTOPHER J. JOHNSON (P32937)
s/ MARGARET T. DEBLER (P43905)
JOHNSON, ROSATI, SCHULTZ &
JOPPICH, P.C.
Attorneys for Def. COONEY
27555 Executive Drive, Suite 250
Farmington Hills, MI 48331-3550
(248) 489-4100/ (248) 489-1726 Fax
cjohnson@jrsjlaw.com
mdebler@jrsjlaw.com

s/HAIDER A KAZIM (P66146)
CUMMINGS, McCLOREY,
DAVIS & ACHO, P.L.C.
Attorneys for Def. COONEY
310 W. Front Street, Ste. 221
Traverse City, MI 49684
(231) 922-1888/ (231) 922-9988 Fax
hkazim@cmda-law.com