IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| WILLIAM SIM SPENCER,<br><br>    Plaintiff,<br><br>v<br><br>BILL SCHUETTE, KRISTE KIBBEY ETUE, ROBERT COONEY, KENNETH SMITH and SARA SWANSON,<br><br>    Defendants. | HON. PAUL L. MALONEY<br>U.S. DISTRICT COURT JUDGE<br><br>FILE NO. 1:18-cv-00229-PLM-RSK<br><br>**DEFENDANT SWANSON'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME TO SUBMIT NAMES OF EXPERT WITNESSES (ECF 51)** |

_____/

William Sim Spencer, *Pro Per*
15283 Wallin Road
Thompsonville, MI 49683
(231) 970-0810

Adam P. Sadowski (P73864)
John S. Pallas (P42512)
Assistant Attorney General
Attorneys for Defs. SCHUETTE, ETUE & SMITH
Civil Litigation, Employment & Elections Division
525 W. Ottawa Street
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434/(517) 241-2741 Fax
sadowskia@michigan.gov
pallasj@michigan.gov

Jared D. Schultz (P80198)
MI Department Attorney General (Appellate)
Attorneys for Defs. SCHUETTE, ETUE & SMITH
P.O. Box 30217
Lansing, MI 48909
(517) 373-4875
schultzj15@michigan.gov

Christopher J. Johnson (P32937)
Margaret T. Debler (P43905)
JOHNSON, ROSATI, SCHULTZ & JOPPICH, P.C.
Attorneys for Def. COONEY
27555 Executive Drive, Ste. 250
Farmington Hills, MI 48331-3550
(248) 489-4100/(248) 489-1726 Fax
cjohnson@jrsjlaw.com
mdebler@jrsjlaw.com

Gregory R. Grant (P68808)
CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.
Attorneys for Def. SWANSON
310 W. Front Street, Ste. 221
Traverse City, MI 49684
(231) 922-1888/(231) 922-9888 Fax
ggrant@cmda-law.com

_____/

## DEFENDANT SWANSON'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME TO SUBMIT NAMES OF EXPERT WITNESSES (ECF 51)

Plaintiff has filed the above Motion seeking additional time to name expert witnesses. Specifically, plaintiff alleges that on September 7, 2018, he learned through his friend Timothy McClelland (a registered sex offender) that an audio recording submitted by Defendant Smith during a quashed criminal proceeding at the Benzie County Circuit Court may have been edited before it was disclosed in order to conceal information about the plaintiff's arrest. Plaintiff believes that this new information entitles him to additional time to name expert witnesses. Plaintiff is incorrect.

First, the evidence submitted by plaintiff in the form of the Affidavit of Timothy Wayne McClelland is insufficient. The form of the Affidavit is improper as it fails to set forth in separate numbered paragraphs factual statements. This Affidavit must be stricken from these proceedings.

Second, adding an audio editing expert would not assist plaintiff's claims in any respect as probable cause to arrest plaintiff clearly existed based on his own admission that he chose not to comply with SORA because he did not believe he needed to.

In light of the above, Defendant Sara Swanson, respectfully requests that this Honorable Court deny Plaintiff's Motion to Extend Time to Submit Names of Expert Witnesses.

Dated:  September 25, 2018                CUMMINGS, McCLOREY, DAVIS
                                                                   & ACHO, P.L.C.

                                                                   /s/ Gregory R. Grant
                                                                   Gregory R. Grant (P68808)
                                                                   Attorneys for Def. SWANSON
                                                                   310 W. Front Street, Ste. 221
                                                                   Traverse City, MI   49684
                                                                   (231) 922-1888/(231) 922-9888 Fax
                                                                   ggrant@cmda-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

WILLIAM SIM SPENCER,

      Plaintiff,

v

BILL SCHUETTE, KRISTE KIBBEY ETUE, ROBERT COONEY, KENNETH SMITH and SARA SWANSON,

      Defendants.

_____/

HON. PAUL L. MALONEY
U.S. DISTRICT COURT JUDGE

FILE NO. 1:18-cv-00229-PLM-RSK

**PROOF OF SERVICE**

William Sim Spencer, *Pro Per*
15283 Wallin Road
Thompsonville, MI  49683
(231) 970-0810

Adam P. Sadowski (P73864)
John S. Pallas (P42512)
Assistant Attorney General
Attorneys for Defs. SCHUETTE, ETUE & SMITH
Civil Litigation, Employment & Elections Division
525 W. Ottawa Street
P.O. Box 30736
Lansing, MI  48909
(517) 373-6434/(517) 241-2741 Fax
sadowskia@michigan.gov
pallasj@michigan.gov

Jared D. Schultz (P80198)
MI Department Attorney General (Appellate)
Attorneys for Defs. SCHUETTE, ETUE & SMITH
P.O. Box 30217
Lansing, MI  48909
(517) 373-4875
schultzj15@michigan.gov
_____/

Christopher J. Johnson (P32937)
Margaret T. Debler (P43905)
JOHNSON, ROSATI, SCHULTZ & JOPPICH, P.C.
Attorneys for Def. COONEY
27555 Executive Drive, Ste. 250
Farmington Hills, MI  48331-3550
(248) 489-4100/(248) 489-1726 Fax
cjohnson@jrsjlaw.com
mdebler@jrsjlaw.com

Gregory R. Grant (P68808)
CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.
Attorneys for Def. SWANSON
310 W. Front Street, Ste. 221
Traverse City, MI 49684
(231) 922-1888/(231) 922-9888 Fax
ggrant@cmda-law.com

## PROOF OF SERVICE

Laurie Robbins, being duly sworn, deposes and says that she served a copy of **DEFENDANT SWANSON'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME TO SUBMIT NAMES OF EXPERT WITNESSES (ECF 51)** and **PROOF OF SERVICE,** on **September 25, 2018**, by the following methods:

**VIA FIRST CLASS MAIL TO:**

William Sim Spencer, *Pro Per*
15283 Wallin Road
Thompsonville, MI   49683

**VIA ECF FILING ONLY TO:**

Adam P. Sadowski
John S. Pallas
Assistant Attorney General
Civil Litigation, Employment &
Elections Division

Jared D. Schultz
Michigan Department Attorney General (Appellate)

Christopher J. Johnson
Margaret T. Debler
JOHNSON, ROSATI, SCHULTZ & JOPPICH, P.C.

Clerk of the Court
U.S. WESTERN DISTRICT COURT

_____
Laurie Robbins

2