IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

WILLIAM SIM SPENCER,

    Plaintiff,

v

BILL SCHUETTE, KRISTE KIBBEY ETUE, ROBERT COONEY, KENNETH SMITH and SARA SWANSON,

    Defendants.

HON. PAUL L. MALONEY
U.S. DISTRICT COURT JUDGE

FILE NO. 1:18-cv-00229-PLM-RSK

**DEFENDANT SWANSON'S RESPONSE TO PLAINTIFF'S VERIFIED MOTION TO STRIKE THE DISPOSITIVE MOTIONS**

_____/

William Sim Spencer, *Pro Per*
15283 Wallin Road
Thompsonville, MI   49683
(231) 970-0810

Adam P. Sadowski (P73864)
John S. Pallas (P42512)
Assistant Attorney General
Attorneys for Defs. SCHUETTE, ETUE & SMITH
Civil Litigation, Employment & Elections Division
525 W. Ottawa Street
P.O. Box 30736
Lansing, MI   48909
(517) 373-6434/(517) 241-2741 Fax
sadowskia@michigan.gov
pallasj@michigan.gov

Jared D. Schultz (P80198)
MI Department Attorney General (Appellate)
Attorneys for Defs. SCHUETTE, ETUE & SMITH
P.O. Box 30217
Lansing, MI   48909
(517) 373-4875
schultzj15@michigan.gov
_____/

Christopher J. Johnson (P32937)
Margaret T. Debler (P43905)
JOHNSON, ROSATI, SCHULTZ & JOPPICH, P.C.
Attorneys for Def. COONEY
27555 Executive Drive, Ste. 250
Farmington Hills, MI   48331-3550
(248) 489-4100/(248) 489-1726 Fax
cjohnson@jrsjlaw.com
mdebler@jrsjlaw.com

Gregory R. Grant (P68808)
CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.
Attorneys for Def. SWANSON
310 W. Front Street, Ste. 221
Traverse City, MI 49684
(231) 922-1888/(231) 922-9888 Fax
ggrant@cmda-law.com

## DEFENDANT SWANSON'S RESPONSE TO PLAINTIFF'S VERIFIED MOTION TO STRIKE THE DISPOSITIVE MOTIONS

Plaintiff's Verified Motion is a rambling recitation of complete nonsense. The point of his Motion to argue that Defendants did not "pick up the phone" and seek his concurrence regarding their Motions for Summary Judgment under L.R. 7.1. Defendants did however, seek Plaintiff's concurrence via email. Plaintiff believes he has somehow been prejudiced as he does not have sufficient time to response to Defendants' Motions. This is absurd and ignores the very purpose behind seeking concurrence prior to filing a motion.

The purpose of seeking concurrence is to narrow down issues for the motion or to determine whether a motion is even necessary. L.R. 7.1(d) states:

> (d) <u>Attempt to obtain concurrence</u> - With respect to all motions, the moving party shall ascertain whether the motion will be opposed. In addition, in the case of all non dispositive motions, counsel or pro se parties involved in the dispute shall confer in a good-faith effort to resolve the dispute. All non dispositive motions shall be accompanied by a separately filed certificate setting forth in detail the efforts of the moving party to comply with the obligation created by this rule.

In this case, defense counsel sought Plaintiff's concurrence on August 14, 2018 via email. **Exhibit. 1.** Plaintiff obviously is not going to agree to dismiss his case. Defendants' Motions are dispositive in nature. Defendant Swanson fully complied with L.R. 7.1(d). In fact, Defendant went beyond the requirements of the rule and filed a certificate of concurrence which is only required with the filing of nondispositive motions. ECF No. 48. There is no prejudice to Plaintiff due to defense counsel's decision to seek his concurrence by email.

Instead of filing groundless motions to strike, Plaintiff should focus his attention on responding to the Motions for Summary Judgment. This is evidenced by the fact that, for some

reason, Plaintiff chose to argue the merits of Defendants' Motions for Summary Judgment in his current Motion to Strike.

Defendant Swanson respectfully requests that this Honorable Court deny Plaintiff's Motion.

Dated:  October 24, 2018                                          CUMMINGS, McCLOREY, DAVIS
                                                                                          & ACHO, P.L.C.

                                                                     /s/ Gregory R. Grant
                                                                     Gregory R. Grant (P68808)
                                                                     Attorneys for Def. SWANSON
                                                                     310 W. Front Street, Ste. 221
                                                                     Traverse City, MI   49684
                                                                     (231) 922-1888/(231) 922-9888 Fax
                                                                     ggrant@cmda-law.com