UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM SIM SPENCER,

    Plaintiff,

v.

Case No. 1:18-cv-229

Hon. Ray Kent

BILL SCHUETTE, KRISTE KIBBEY ETUE,
ROBERT COONEY, KENNETH SMITH, and
SARA SWANSON,

    Defendants.
_____/

## JUDGMENT

In accordance with the Opinion and Order granting defendants' motions for summary judgment entered this day, Judgment is entered in favor of defendants and against plaintiff William Sim Spencer.

Dated: September 15, 2020

/s/ Ray Kent
United States Magistrate Judge